MONA C. SOO HOO
Attorney at Law
California Bar No. 108859
One Wilshire Building
624 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90017-3323
Telephone 213.623.5255; Facsimile 213.623.3836
E-address: msoohoo@earthlink.net

Attorney for Defendant NAGATOSHI MORIMOTO

FILED

JUL 12 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3-05-70216-JCS |
| Plaintiff, | STIPULATION FOR ORDER FOR FURTHER CONTINUANCE OF INITIAL APPEARANCE IN NORTHERN DISTRICT OF CALIFORNIA; [PROPOSED] ORDER |
| v. | |
| NAGATOSHI MORIMOTO, | Current hearing date: 7/11/05, 9:30 A.M. |
| Defendant. | Proposed hearing date: 7/26/05, 9:30 A.M. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Nagatoshi Morimoto, by and through his counsel of record, Mona C. Soo Hoo, hereby stipulate as follows:

1. This matter arises from the arrest of the defendant in the Central District of California, pursuant to an out-of-district complaint and associated warrant for arrest issued by United States Magistrate Judge Joseph C. Spero of the United States District Court for the Northern District of California, in the instant case, *United States of America v. Nagatoshi Morimoto;* Case No. 3-05-70216-JCS.

2. On April 11, 2005, Mr. Morimoto made his initial appearance before the United States District Court for the Central District of California, Chief Magistrate Judge, the Honorable Robert N. Block presiding. The court set bail by giving the defendant the option of posting a one hundred thousand dollar ($100,000.00) collateral bond on his own signature; or, in the alternative, an appearance bond in the same amount, fully justified with an affidavit of sureties. Mr. Morimoto was

ordered released upon signing the bond, and, he was given until April 25, 2005 to meet other stated conditions of release and to post the bond.

3. With the assistance of a Japanese language interpreter, Mr. Morimoto was fully advised of and discussed with his attorney, Mona C. Soo Hoo, his right to arrival of process, to a removal proceeding, and, to a preliminary hearing pursuant to Rule 5(c)(3) of the Federal Rules of Criminal Procedure. Those rights were waived in writing and on the record in open court on April 11, 2005. The court ordered Mr. Morimoto to appear at the Clerk's Office of the United States District Court for the Northern District of California on or before 9:00 a.m. on May 9, 2005, or, on such other date and time by agreement with the prosecutor, Assistant United States Attorney Stacey Geis, counsel for the plaintiff, United States of America.

4. Mr. Morimoto was released from custody on April 12, 2005, and the collateral bond was posted, approved, and filed on April 21, 2005, all conditions having been satisfied. The bond was ordered transferred to the Northern District of California, at San Francisco.

5. On May 3, 2005, United States Magistrate Judge Elizabeth D. Laporte entered an order, pursuant to the stipulation of the parties, and continued the defendant's initial appearance before the United States District Court for the Northern District of California from May 9, 2005 to June 9, 2005, at 9:00 a.m.

6. On May 23, 2005, United States Magistrate Judge Elizabeth D. Laporte entered an order, pursuant to the stipulation of the parties, and continued the defendant's initial appearance before the United States District Court for the Northern District of California from June 9, 2005 at 9:00 a.m. to July 11, 2005 at 9:00 a.m. By Notice of the Clerk filed May 27, 2005, the time of the initial appearance was rescheduled from 9:00 a.m. to 9:30 a.m. on July 11, 2005 before Magistrate Judge Edward M. Chen.

7. The defendant and his counsel are in the process of reviewing a lengthy audiotape and the documentary discovery provided to them by the government's counsel, prior to the meeting of counsel to discuss a possible disposition of this case..

8. The further continuance requested herein is also requested to permit the respective counsel for the parties to meet and confer relative to a potential pre-filing resolution; or, a possible Rule 20

resolution of this matter. In the alternative, it will enable the parties to properly prepare for the initial appearance in the Northern District of California, if necessary.

    9. By this stipulation, the parties respectfully request that the court continue the proceedings on the defendant's initial appearance in the Northern District of California to July 26, 2005 at 9:30 a.m.

    10. Based upon the foregoing, the potential savings to judicial resources and the ends of justice served by continuing the proceedings as requested outweigh the interest of the public in the prompt disposition of criminal cases, as described in the Federal Rules of Criminal Procedure.

    IT IS SO STIPULATED AND AGREED.

```
                                KEVIN V. RYAN
                                United States Attorney

  7/5/05                        /S/ Stacey P. Geis
DATE                            STACEY GEIS
                                Assistant United States Attorney
                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

  7/5/05                        /S/ Mona C. Soo Hoo
DATE                            MONA C. SOO HOO
                                Attorney for Defendant
                                NAGATOSHI MORIMOTO
```

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, based upon the need for further preparation of counsel, and pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the initial appearance of Defendant Nagatoshi Morimoto in Case No. 3-05-70216-JCS in the United States District Court for the Northern District of California, currently set for July 11, 2005 at 9:30 a.m., is hereby adjourned; and, instead, said initial appearance shall be held on July 26, 2005 at 9:30 a.m., or on such other date and time as agreed to by the parties and approved by the court.

DATED: July 8, 2005

                                        HONORABLE EDWARD M. CHEN
                                        UNITED STATES MAGISTRATE JUDGE